IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00714-BNB

LISA HYLAND-RIGGS,

    Plaintiff,

v.

DAVID MICHAUD, CO. Parole Board,
MARY CARLSON, DOC Time Comp.,
JEANEENE MILLER, Director, CO. Dept. Parole
MS. DEAL, DOC Case Manager III, and
MS. DURAN, DOC Case Manager II,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 14 2010

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 14th day of May, 2010.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00714-BNB

Lisa Hyland-Riggs
1334 Meade St.
Denver, CO 80204

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/14/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk