FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 20 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00714-MSK-BNB

LISA HYLAND-RIGGS,

Plaintiff,

v.

DAVID MICHAUD, CO. Parole Board,
MARY CARLSON, DOC Time Comp.,
JEANEENE MILLER, Director, CO. Dept. Parole
MS. DEAL, DOC Case Manager III, and
MS. DURAN, DOC Case Manager II,

Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed <u>in forma pauperis</u>. It now is

**ORDERED** that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED this 18th day of May, 2010.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00714-MSK-BNB

Lisa Hyland-Riggs
Doc No. 83333
3630 Princeton Cir.
Denver, CO 80236

David Michaud, Mary Carlson, Jeaneene Miller,
Ms. Deal and Ms. Duran- **WAIVER***
c/o Keith Nordl
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to Keith Nordl for service on David Michaud, Mary Carlson, Jeaneene Miller, Ms. Deal and Ms. Duran : AMENDED COMPLAINT FILED 04/13/10, WAIVER* SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 5/20/10.

                                                    GREGORY C. LANGHAM, CLERK

                                               By:_____
                                                        Deputy Clerk