IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00714-MSK-BNB

LISA HYLAND-RIGGS,

Plaintiff,

v.

DAVID MICHAUD, Colorado Parole Board,
MARK CARLSON, Department of Corrections Time Comp,
JEANEENE MILLER, Director Colorado Department of Parole,
MS. DEAL, Department of Corrections Case Manager III, and
MS. DURAN, Department of Corrections Case Manager II,

Defendants.
_____

**ORDER**
_____

This matter arises on a letter filed by defendant Betty Deal [Doc. #26] (the "Letter") on August 11, 2010. It appears that Ms. Deal is attempting to answer or otherwise respond to the plaintiff's Complaint. The Letter is inappropriate for several reasons.

The defendant must answer or otherwise respond to the Complaint as provided in Rules 8, 10, 11, and 12 of the Federal Rules of Civil Procedure. In addition, copies of papers filed in this court must be served on counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed. R. Civ. P. 5. Accordingly,

IT IS ORDERED that the Letter is STRICKEN.

IT IS FURTHER ORDERED that on or before **August 23, 2010**, Ms. Deal shall answer or otherwise respond to the Complaint in compliance with the requirements of the Federal Rules of Civil Procedure.

Dated August 17, 2010.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge