IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00714-MSK-BNB

LISA HYLAND-RIGGS,

    Plaintiff,

v.

DAVID MICHAUD, Colorado Parole Board,
MARY CARLSON, Department of Corrections Time Comp,
JEANEENE MILLER, Director Colorado Department of Parole,
MS. DEAL, an individual,
MS. DURAN, Department of Corrections Case Manager II,

    Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. At the scheduling conference, counsel for defendant Betty Deal moved orally to amend the caption to delete any reference to Ms. Deal as an employee of the Colorado Department of Corrections, because she was not. The oral motion was not opposed.

IT IS ORDERED that:

(1) Defendant Betty Deal's oral motion to amend the caption is GRANTED; and

(2) The case caption is modified as indicated above.

Dated September 7, 2010.

BY THE COURT:

_s/ Boyd N. Boland_
United States Magistrate Judge